1  MISTY A. MURRAY (SBN 196870)
   Misty.Murray@maynardnexsen.com
2  JOHN R. HORSTMANN (SBN 327129)
   JHorstmann@maynardnexsen.com
3  MAYNARD NEXSEN LLP
   10100 Santa Monica Boulevard, Ste. 500
4  Los Angeles, California 90067
   Telephone:  310.596.4500
5
   Attorneys for Plaintiff
6  John Hancock Life Insurance Company (U.S.A.)

7

8              **UNITED STATES DISTRICT COURT**

9              **CENTRAL DISTRICT OF CALIFORNIA**

10

11 | JOHN HANCOCK LIFE INSURANCE | Case No.    2:24-cv-05876
   | COMPANY (U.S.A.), a corporation, |
12 |                              |
   |              Plaintiff,       |
13 |                              | **PLAINTIFF JOHN HANCOCK LIFE**
   |              vs.              | **INSURANCE COMPANY (U.S.A.)'S**
14 |                              | **COMPLAINT FOR:**
   | THE ESTATE OF SUSAN G.        | **(1) FRAUD;**
15 | STETTNER, DANA RUBENSTEIN, and | **(2) NEGLIGENT MISREPRESENTATION;**
   | DOES 1 through 10, inclusive,  | **(3) MONEY HAD AND RECEIVED;**
16 |                              | **(4) DECLARATORY RELIEF**
   |              Defendants.       |
17 |                              |
18 |                              | **DEMAND FOR JURY TRIAL**

19

20

21

22

23

24

25

26

27

28

1

Plaintiff JOHN HANCOCK LIFE INSURANCE COMPANY (U.S.A.) ("John Hancock" or "Plaintiff"), through undersigned counsel, files this complaint against Defendants THE ESTATE OF SUSAN G. STETTNER, DANA RUBENSTEIN, and DOES 1 through 10, (collectively, "Defendants"), and in support thereof, alleges the following:

## INTRODUCTION

1.    Through this lawsuit, John Hancock seeks to recover the money that Defendants have taken from John Hancock through the submission of false and fraudulent claims under a long-term care insurance policy issued by John Hancock to the now deceased Susan G. Stettner ("Ms. Stettner").  As described more fully in this Complaint, Defendants routinely submitted claims to John Hancock for payment of caregiver services that were, in fact, never rendered.  As a result of this fraudulent scheme, John Hancock was induced to pay Defendants a total of $641,200.91 in benefits under the policy's long-term care provisions.

## PARTIES

2.    John Hancock is an insurance company organized and existing under the laws of the State of Michigan, with its principal place of business located in Boston, Massachusetts.  At all relevant times, John Hancock is and has been authorized to transact business in the State of California.

3.    At the time of her death on February 16, 2024, Ms. Stettner resided in Los Angeles, County, California, and at all times she was a citizen of the State of California. Ms. Stettner is survived by her son, Brett Stettner, who, upon information and belief, is the personal representative of Ms. Stettner's Estate.  Upon further information and belief, Brett Stettner is an adult individual residing in Los Angeles County, California, and he is a citizen of the State of California.

4.      Dana Rubenstein ("Ms. Rubenstein") is an adult individual residing in Los Angeles, California, and she is a citizen of the State of California.

5.      John Hancock is presently unaware of the true names and capacities of defendants named herein as DOES 1 through 10, and John Hancock has therefore named such defendants by fictitious names.  John Hancock will seek leave of Court to amend the Complaint to state the true names and capacities of the DOE defendants when the same are ascertained.

6.      John Hancock is informed and believes, and based upon such information and belief alleges, that each Defendant was acting as the agent of the other Defendants, that Defendants were acting in concert with one another with regard to all actions described herein, and that Defendants therefore are all liable for the relief and damages sought herein.

## JURISDICTION AND VENUE

7.      This Court has subject matter jurisdiction over this lawsuit pursuant to 28 U.S.C. § 1332 because there is diversity of citizenship between John Hancock and Defendants and the amount in controversy exceeds the sum of $75,000.00, exclusive of interest and costs.

8.      Venue is proper in this Court pursuant to 28 U.S.C. § 1391 because this is the judicial district in which one or more of the Defendants reside, and because this is the judicial district in which a substantial part of the acts and omissions giving rise to John Hancock's claims against Defendants occurred.

## FACTUAL ALLEGATIONS COMMON TO ALL CAUSES OF ACTION

9.      On December 24, 2003, John Hancock issued a long-term care insurance policy to Ms. Stettner—Policy No. 1372031 (the "Policy").

10.     Under the Policy, Ms. Stettner was eligible to receive payment of the Policy's benefits as reimbursement for expenses incurred for certain qualified long-term care services.

11.     In order to receive reimbursement of qualified long-term care services, the Policy required Ms. Stettner to satisfy the following eligibility requirements:

**Eligibility for the Payment of Benefits**

You[1] are eligible for benefits under this Policy if:

- You need Substantial Assistance to perform at least two of the Activities of Daily Living; or

- You require Substantial Supervision to protect Yourself from threats to health and safety due to the presence of a Cognitive Impairment.

12.     The Policy defines "Activities of Daily Living" as follows:

**Activities of Daily Living means the following activities:**

- *Bathing* which means washing Yourself by sponge bath; or in either a tub or shower, including the task of getting into or out of the tub or shower.

- *Continence* which means the ability to maintain control of bowel and bladder functions; or when unable to maintain control of bowel or bladder functions, the ability to perform associated personal hygiene (including caring for catheter or colostomy bag.)

- *Dressing* which means putting on and taking off all items of clothing and any necessary braces, fasteners or artificial limbs.

- *Eating* which means feeding Yourself by getting food into the body from a receptacle (such as a plate, cup or table) or by a feeding tube or intravenously. Eating does not include preparing a meal.

- *Toileting* which means getting to and from the toilet, getting on and off the toilet, and performing associated personal hygiene.

---

[1] The Policy states: "You, Your and Yourself means the person listed in the Policy Schedule as the Insured." The Policy lists Ms. Stettner as the Insured.

- *Transferring* which means moving into or out of a bed, chair or wheelchair. Transferring does not include the task of getting into or out of the tub or shower.

13.    The Policy defines "Cognitive Impairment" as follows:

> **Cognitive Impairment** means a deficiency in a person's short-term or long-term memory; orientation as to person, place, or time; deductive or abstract reasoning; or judgment as it relates to safety awareness. Your Cognitive Impairment must be established and reliably measured by clinical evidence and standardized tests. The need for Substantial Supervision due to the presence of Cognitive Impairment must be established by such clinical evidence and standardized tests.

14.    The Policy defines "Substantial Assistance" as follows:

> **Substantial Assistance** means You need hands-on or standby assistance while You are performing an Activity of Daily Living.
>
> - *Hands-on assistance* means the physical assistance of another person without which You would be unable to perform the Activity of Daily Living.
> - *Standby assistance* means the presence of another person within arm's reach of You that is necessary to prevent, by physical intervention, injury to You while You are performing the Activity of Daily Living.

15.    The Policy defines "Substantial Supervision" as follows:

> **Substantial Supervision** means You need continual supervision due to Your Cognitive Impairment (which may include cueing by verbal prompting, gestures, or other demonstration) by another person that is necessary to protect You from threats to Your health or safety (such as may result from wandering).

16.    The Policy further requires the qualified long-term care services to be provided by a "Home Health Care Provider" approved by John Hancock, defined in the Policy, in relevant part, as follows:

> **Home Health Care Provider** means either a Home Health Agency or an Independent Home Health Care Provider that provides Home Health Care. A Home Health Care Provider cannot be a member of Your Immediate Family except as provided in the "Exceptions" section of the Policy…
>
> - An Independent Home Health Care Provider means a care provider not employed by a Home Health Agency who meets one of the following requirements. He or she:

- is a duly licensed registered nurse, licensed vocational nurse, licensed practical nurse, physical therapist, occupational therapist, speech therapist, respiratory therapist, licensed social worker, or registered dietitian;

- must be currently qualified as a certified home health aide or certified nurse aide; or

- must be currently included in a government sponsored nurse aide registry.

17.    In the event Ms. Stettner satisfied the Policy's eligibility requirements, received qualified long-term care services from an approved Home Health Care Provider, and paid for the qualified long-term care services, Ms. Stettner would receive reimbursement for her payments from John Hancock under the Policy.  In other words, the Policy reimbursed Ms. Stettner only for the caregiver services she actually received and paid for.

18.    On or around the July 28, 2008, Ms. Stettner initiated a claim for long-term care benefits under the Policy, contending that she required a standby assistance with three Activities of Daily Living due to health issues arising from osteoarthritis and bunions.

19.    John Hancock approved Ms. Stettner's claim for long-term care benefits under the Policy, subject to the terms and conditions of the Policy for receipt of benefits.

20.    Pursuant to the terms of the Policy and as a condition precedent to payment of benefits, Ms. Stettner was required to submit a written form to John Hancock, known as an Independent Care Provider Service Bill ("Service Bill"), to establish proof of loss under the Policy.  Each Service Bill details the caregiver's name, the date on which the caregiver provided services, the caregiver's total charge for that date, the start and stop times of service, and a description of the services provided.

21.    Between May 2010 and February 2023, Ms. Stettner periodically submitted Services Bills to John Hancock, representing that various Independent Home Health Care Providers, including Ms. Rubenstein, rendered qualified long-term care services to her.

22.     Service Bills were submitted by or on behalf of Ms. Stettner to John Hancock, and all Service Bills were signed by Ms. Stettner and the Independent Home Health Care Provider,[2] including Ms. Rubenstein, verifying the accuracy of the statements and information contained therein. *See, e.g.,* **Exhibit A**.

23.     In reliance on the truthfulness and accuracy of the Service Bills, John Hancock reimbursed Ms. Stettner a total of $641,200.01 for caregiver services allegedly provided between May 2010 and February 2023.

24.     In or around May 2023, John Hancock conducted a review of Ms. Stettner's claim to determine if she was actually receiving care from the Independent Home Health Care Providers as represented in the Service Bills.

25.     As part of its investigation of this matter, a John Hancock Senior Investigator interviewed some of the Independent Home Health Care Providers identified in the Service Bills, including Ms. Rubenstein.

26.     The Investigator interviewed Ms. Rubenstein on July 5, 2023.[3]   During this interview, Ms. Rubenstein admitted that there were numerous dates on which Ms. Stettner instructed her to complete, sign, and submit invoices and Services Bills, even though no covered caregiving services were rendered to Ms. Stettner on those days.  Ms. Rubenstein also confirmed that she never travelled or went on vacation with Ms. Stettner, even though John Hancock was billed for Home Health Care Services during times when Ms. Stettner was travelling.

27.     On September 21 and 29, 2023, the Investigator interviewed another independent care provider that worked for Ms. Stettner in 2011. During these interviews, this provider confirmed the following: that she worked for Ms. Stettner from

---

[2] Following the initial approval of the claim and through April 2010, Ms. Stettner received long-term care services from a Home Health Agency, which John Hancock paid and which are not at issue in this Lawsuit at this time.

[3] Ms. Rubenstein was listed as the caregiver on various Service Bills that Ms. Stettner submitted to John Hancock from July 1, 2013 to July 29, 2022.  In total, John Hancock paid $549,450.66 in reimbursement under the Policy for caregiver services purportedly rendered by Ms. Rubenstein.

approximately February 2011 to February 2012;[4] she was hired only to walk and train her dogs and perform various household other tasks, none of which involved assisting Ms. Stettner with any Activities of Daily Living; that she completed and signed Service Bills that Ms. Stettner sent to John Hancock, and that Ms. Stettner instructed Ms. Hughes to input various dates, hours, and information in the invoices and Services Bills to make them appear legitimate; that she never travelled or went on vacation with Ms. Stettner but that Ms. Stettner instructed her to complete and sign Services Bills as if she was with Ms. Stettner; and that Ms. Stettner used some of the benefits received under the Policy to fund her expensive lifestyle.

28.   Following the initial interview, this provider advised the Investigator, that Ms. Stettner knew she was committing fraud against John Hancock and that Ms. Stettner "half threatened" this individual if she did not go along with Stettner's scheme.

29.   In conjunction with its review, John Hancock also performed a social media search of Ms. Stettner. A review of Ms. Stettner's Facebook profile revealed posts and pictures confirming she was not at her home receiving caregiver services from Ms. Rubenstein as represented in the Service Bills, including when Ms. Stettner travelled without Ms. Rubenstein to Las Vegas in or around August 2019; Miami in or around, July 2014, May 2016, October 2016, April 2018, March 2019, June 2019, and November 2019; Aspen, Colorado in or around August 2014 and July 2016; and Europe in October 2015. Yet Ms. Stettner and Ms. Rubenstein repeatedly completed Services Bills attesting that Ms. Rubenstein provide Home Health Care Services to Ms. Stettner on these dates, when both knew this information was false. A true and correct copy of these Service Bills that are indicative of Ms. Stettner's and Ms. Rubenstein's fraudulent scheme are collectively attached hereto as **Exhibit A.**

---

[4] This provider was listed as the caregiver on various Service Bills that Ms. Stettner submitted to John Hancock from February 7, 2011 through February 14, 2012. In total, John Hancock paid $43,073.25 in reimbursement under the Policy for caregiver services purportedly rendered by this individual.

30.     Ms. Stettner's Facebook posts and pictures further demonstrated that she routinely engaged in activities outside of her home without a caregiver, which someone with disabling osteoarthritis and bunions should not be able to do, including wearing high heels, hiking, playing basketball, dancing, attending music festivals, and going to amusement parks.

31.     In conjunction with its review, John Hancock further made attempts to interview Ms. Stettner, but Ms. Stettner refused to submit to an interview.

32.     In sum, John Hancock's investigation revealed a pattern of deceit, dishonesty, and fraud by Ms. Stettner and her caregivers, including Ms. Rubenstein.  In light of these findings, John Hancock determined that Defendants had undertaken a scheme to defraud John Hancock of $641,200.91 in benefits under the Policy.

33.     By letter dated January 30, 2024, John Hancock demanded repayment of the $644,116.91 that Defendants obtained through false and fraudulent pretenses under the Policy, which included the $2,916.00 in costs incurred by John Hancock in connection with its investigation of Defendants.

34.     However, there was no response to John Hancock's January 30, 2024 letter, nor have Defendants returned any money to John Hancock to date, necessitating the need for John Hancock to retain counsel and file this lawsuit.

## FIRST CLAIM FOR RELIEF – FRAUD
### (By John Hancock against all Defendants)

35.     John Hancock restates, re-alleges, and incorporates herein by reference the preceding paragraphs 1 through 34 of this Complaint as if fully set forth herein.

36.     Defendants knowingly and willfully misrepresented, or caused to be misrepresented, material facts to John Hancock as described in the preceding paragraphs.

37.     The Service Bills submitted to John Hancock constitute false and fraudulent statements of material fact in that Ms. Rubenstein and other caregivers did not actually

provide the qualified Home Health Care services to Ms. Stettner at her home on the dates and times stated in the Service Bills.

38.     Defendants intentionally made the above-described false and fraudulent statements and concealed material facts in a calculated scheme to induce John Hancock to pay claims for home care services that were never actually rendered to Ms. Stettner.

39.     John Hancock reasonably and justifiably relied on the Defendants' false and fraudulent statements and concealments to its detriment, and John Hancock has been injured in its business and property by reason thereby in that it has paid benefits for claims that, unbeknownst to John Hancock at the time, were false, fraudulent, and not covered under the Policy.

40.     Prior to completing its investigation in January 2024, John Hancock was completely unaware of the falsity of Defendants' misrepresentations and could not have discovered Defendants' fraud.

41.     As a direct and proximate result of Defendants' false and fraudulent misrepresentations, John Hancock paid $641,200.91 in benefits to which Ms. Stettner was not entitled.

42.     Defendants' conduct, described herein, was intended to cause injury to John Hancock or was conduct carried out by Defendants with a willful and conscious disregard of the rights of John Hancock, and Defendants acted with specific intent to deprive John Hancock of property, legal rights, and/or to otherwise cause injury, such as to constitute malice, oppression or fraud under California Civil Code section 3294, thereby entitling John Hancock to punitive damages in an amount appropriate to punish or set an example of Defendants.

43.     John Hancock incurred additional losses in an amount to be determined at trial, including $2,916.00 in costs in investigating the claim.

## SECOND CLAIM FOR RELIEF – NEGLIGENT MISREPRESENTATION

### (By John Hancock Against all Defendants)

44.     John Hancock restates, re-alleges, and incorporates herein by reference the preceding paragraphs 1 through 43 of this Complaint as if fully set forth herein.

45.     Defendants had a duty to provide truthful and accurate information to John Hancock. Defendants negligently misrepresented, or caused to be misrepresented, material facts to John Hancock as described in the preceding paragraphs.

46.     At the time Defendants made the representations described herein to John Hancock regarding the caregiver services purportedly provided Ms. Stettner, they had no reasonable grounds for believing the statements to be true.  Defendants also knew that Ms. Stettner was submitting invoices for benefits to which Ms. Stettner was not entitled under the Policy.

47.     Defendants made and perpetuated these misrepresentations to John Hancock without regard for the truth of said representations, and Defendants knew or should have known that John Hancock would rely on the misrepresentations to John Hancock's detriment and to Defendants' benefit.

48.     John Hancock did, in fact, reasonably and justifiably rely on Ms. Stettner and Defendants' misrepresentations and concealments to its detriment.

49.     Prior to completing its investigation in January 2024, John Hancock was completely unaware of the falsity of Defendants' misrepresentations and could not have discovered Defendants' scheme.

50.     As a direct and proximate result of Defendants' fraudulent misrepresentations and concealments, John Hancock paid $641,200.91 in benefits to which Ms. Stettner was not entitled.

51.     John Hancock incurred additional losses in an amount to be determined at trial, including $2,916.00 in costs in investigating the claim.

**THIRD CLAIM FOR RELIEF – MONEY HAD AND RECEIVED**

**(By John Hancock Against all Defendants)**

52.     John Hancock restates, re-alleges, and incorporates herein by reference the preceding paragraphs 1 through 51 of this Complaint as if fully set forth herein.

53.     Beginning in or about May 2010 through February 2023, Defendants became indebted to John Hancock, in a sum to be proved at trial, but no less than $641,200.91 for money had and received by Defendants that in equity and good conscience belongs to John Hancock.

54.     Prior to completing its investigation in January 2024, John Hancock was completely unaware of the falsity of Defendants' misrepresentations and could not have discovered Defendants' scheme.

55.     John Hancock previously demanded repayment of the $641,200.91 in benefits wrongfully secured by Defendants by letter dated January 30, 2024.

56.     No repayment has been made by Defendants to John Hancock to date.

**FOURTH CLAIM FOR RELIEF – DECLARATORY RELIEF**

**(By John Hancock Against all Defendants)**

57.     John Hancock restates, re-alleges, and incorporates herein by reference the preceding paragraphs 1 through 56 of this Complaint as if fully set forth herein.

58.     There is an actual, present and justiciable controversy between John Hancock and Defendants as to the Defendants' entitlement to the Policy benefits paid. Accordingly, John Hancock requests a judicial declaration of its rights and obligations relating to the Policy benefits paid to Defendants.

**PRAYER FOR RELIEF**

1.     Under the First and Second Claims for Relief, actual and compensatory damages awarded to John Hancock in an amount to be determined at trial, with pre-judgment and post-judgment interest thereon;

2.    Under the First Claim for Relief, punitive damages awarded to John Hancock in an amount appropriate to punish or set an example of Defendants;

3.    Under the Third and Fourth Claim for Relief, restitution against Defendants in favor of John Hancock for all overpaid benefits under the Policy, with pre-judgment and post-judgment interest thereon;

4.    Under the First, Second, Third, and Fourth Claims for Relief, attorneys' fees and the costs of litigation; and

5.    Any such other relief as the Court deems just and proper.

## **DEMAND FOR JURY TRIAL**

John Hancock hereby requests a trial by jury.

Dated:  July 12, 2024              MAYNARD NEXSEN LLP

                                 By:   /s/ Misty A. Murray
                                 MISTY A. MURRAY
                                 JOHN R. HORSTMANN
                                 Attorneys for Plaintiff
                                 John Hancock Life Insurance Company
                                 (U.S.A.)

# EXHIBIT A

Case 2:24-cv-05876-CAS-PVC  Document 1  Filed 07/12/24  Page 15 of 55  Page ID #:15

# FAX

**Date :07/18/14**

**Total number of pages :5**

To :916175727979@b04faxp01.prd.manulifeusa.com

From :Dan D Nestle

Company :

Department :

Fax number :916175727979

Subject:LifePro Invoice - Susan Stettner 06-1372031

Hello,
Please process - LifePro Invoice - Susan Stettner 06-1372031
Thanks,
Dan

Dan Nestle, LTCP
Senior Claims Consultant
200 Berkeley Street | P.O. Box 852-B5-03 | Boston, Massachusetts 02116 |
T. 617-572-1046 Ext. 721046| Toll Free 800-233-1449| F. 617-421-4348
DNestle@jhancock.com |johnhancock.com

Please consider the environment before printing this email.

STATEMENT OF CONFIDENTIALITY
The information contained in this email and any attachments is strictly
confidential and is for the use of the intended recipient.  Any use,

7/18/2014  15:25  Friday 18 of Jul 2014, Faxination        ->916175727979                    ⅅ 2

dissemination, distribution, or reproduction of any part of this email or
any attachment is prohibited.  If you are not the intended recipient,
please notify the sender by return email and delete all copies including
attachments

JOHN_HANCOCK_DOI_RESPONSE_STETTNER 000576

FAX

From: Dana Rubenstein | Phone: 310-975-4738 | Fax: 310-362-0211

DATE:
7/14/2014

SUBJECT:
Caregiver Hours

TO:
John Hancock; ATTN: Dan

PHONE:

FAX:
6174214348

PAGES:
3

COMMENTS:

**LTC Benefit Center B-5**
**John Hancock Life Insurance Company (U.S.A.)**
**PO Box 852**
**Boston, MA 02117**
**1-800-222-3418**

*John Hancock*

| Insured: **Suzi Stettner** | Claim Number: **061372031** | Policy Number: **004415** |

**INSTRUCTIONS:**
1. This Service Bill must be completed by the hired caregiver.
2. Please complete **ALL** sections below in blue or black ink.  An incomplete form will be returned to you and we will not be able to process a request for reimbursement until we receive the completed form.
3. Please circle level of assistance required
4. Please indicate number of hours spent performing each applicable activity for each day. Represent portions of an hour using decimals (example: 1.25 for one hour and fifteen minutes).

| Rubenstein | Dana | M |
|---|---|---|
| 1. Last Name of Caregiver | First Name of Caregiver | M.I. |

| ▇▇▇▇▇▇▇ |
|---|
| 2. Street Address of Caregiver |

| Los Angeles | CA | ▇▇▇▇ |
|---|---|---|
| City/Town | State | Zip Code |

| Insured's Home |
|---|
| 2. Description of where were services rendered?  (e.g. Insured's home, Friend's Home, Hotel, Family hme, ALF, ILF, SNF, etc) |

| ▇▇▇▇▇▇▇ |
|---|
| 3. Street Address where services were rendered |

| West Hollywood | CA | ▇▇▇▇▇ |
|---|---|---|
| City/Town | State | Zip Code |

**What type of caregiver best describes you:**

| ☐ Home Health Aid | ☐ RN | ☐ LPN/LVN | ☐ CNA |
| ☐ Personal Care Attendant (PCA) | ☐ Companion | ☐ Homemaker | ☐ Other (explain): |

| | | | | 7/7 | 7/8 | 7/9 | 7/10 | 7/11 | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Bathing | Hands On | Cueing | Supervision | ½ | ½ | ½ | ½ | ½ | | |
| Dressing | Hands On | Cueing | Supervision | ½ | ½ | ½ | ½ | ½ | | |
| Eating | Spoon / Tube Fed | Cueing | Supervision | | | | | | | |
| Transferring (bed to chair) | Physically Assist | Stand-by / Assist | | | | | | | | |
| Toileting | Physically Assist | Stand-by / Assist | | | | | | | | |
| Maintaining Continence | Assistance with Briefs / Pads | Colostomy / Foley Bag | | | | | | | | |
| **ADL Care Hours Subtotal** | | | | 1 | 1 | 1 | 1 | 1 | | |

| Provided continual supervision due to memory impairment | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Provided continual supervision due to physical functional incapacity – cannot be left alone | | | | | | | | | | |
| Provide/Supervise medication administration | | | | ½ | ½ | ½ | ½ | ½ | | |
| **Supervision Hours Subtotal** | | | | ½ | ½ | ½ | ½ | ½ | | |

| LTCC-ICPSB 12/2010 | Page 1 of 3 |

| [Name of Insured] Suzi Stettner | [Claim Number] 041372031 | | [Policy Number] 004415 | |
|---|---|---|---|---|

| | 7/7 | 7/8 | 7/9 | 7/10 | 7/11 | | |
|---|---|---|---|---|---|---|---|
| Housemaking/housekeeping: laundry, meal prep, dusting, vacuuming, washing dishes, other: | 2 | 2 | 1 | 1 | 2 | | |
| Companion services | 2 | | | 2 | 1 | | |
| **HOUSEKEEPING & COMPANION HOURS SUBTOTAL** | 4 | 2 | 3 | 2 | 2 | | |
| 1. Mobility Physical Therapy | 2 | | | 2 | | 2 | | |
| 2. Shopping, errands | | | 2 | 1 | 2 | 1½ | | |
| 3. | | | | | | | |
| 4. | | | | | | | |
| **OTHER CARE ACTIVITY HOURS SUBTOTAL** | 2 | 2 | 3 | 2 | 3½ | | |
| Sleeping | | | | | | | |
| Transportation | | | | | | | |
| Other (Specify): | | | | | | | |
| **INDIRECT CAREGIVER ACTIVITY HOURS SUBTOTAL** | | | | | | | |
| Arrival Time | 10:00A | 10:00A | 10:00A | 10:00A | 10:00A | | |
| Departure Time | 5:30 P | 3:30 P | 5:30 P | 3:30 P | 5:00 P | | |
| Total Combined Hours Worked | 7½ | 5½ | 7½ | 5½ | 7 | | |
| **HOURLY RATE** | $30 | $30 | $30 | $30 | $30 | $ | $ |
| **DAILY SUBTOTAL OF SERVICE CHARGES** | $225 | $165 | $225 | $165 | $210 | $ | $ |
| | $ | | 990.00 | | | | |

Was the client/insured hospitalized or in a facility this week?

☐ Yes    Admission Date ____/____/____     Discharge Date ____/____/____

☒ No    Additional Comments:

John Hancock will not process this claim until this form is **fully completed** – including totals (*above*) and **both original** signatures – and returned to the Long-Term Care Claims Department. A new, blank form must be completed each week. Please return only ORIGINAL forms for review and retain copies for your records.

Proof of Payment for money paid to Independent Providers may be required upon request (example: copies of canceled checks).

Fraud Notice: ANY PERSON WHO, WITH INTENT TO DEFRAUD OF KNOWING THAT HE/SHE IS FACILITATING FRAUD AGAINST AN INSURER, SUBMITS AN APPLICATION OR FILES A CLAIM CONTAINING FALSE OR DECEPTIVE STATEMENTS IS GUILTY OF INSURANCE FRAUD AND MAY BE SUBJECT TO CRIMINAL AND CIVIL PENALTIES. PLEASE REFER TO ENCLOSED STATE VARIATION FOR STATE SPECIFIC WORDING REGARDING THE ABOVE FRAUD STATEMENT.

**If you suspect fraud or possible abuse of these benefits, please report your concerns to John Hancock at 1-800-222-3418**

I hereby certify that the information provided above is a complete and accurate representation of the care provided and received.

_____     7/14/14
**Signature of Caregiver**     **Date**

_____     7-14-14
**Signature of Insured Claimant or Legal Representative**     **Date**

*To support signature other than the insured claimant, please enclose Power of Attorney documents.*

LTCC-ICPSB 12/2010       Page 2 of 3

Case 2:24-cv-05876-CAS-PVC   Document 1   Filed 07/12/24   Page 20 of 55   Page ID #:20

# FAX

| Date :07/22/14 |

| Total number of pages :5 |

To :916175727979@b04faxp01.prd.manulifeusa.com

Company :

Department :

Fax number :916175727979

From :Dan D Nestle

Subject:LifePro Invoice - Susan Stettner 06-1372031

Hello,
Please process - LifePro Invoice - Susan Stettner 06-1372031
Thanks,
Dan

Dan Nestle, LTCP
Senior Claims Consultant
200 Berkeley Street | P.O. Box 852-B5-03 | Boston, Massachusetts 02116 |
T. 617-572-1046 Ext. 721046| Toll Free 800-233-1449| F. 617-421-4348
DNestle@jhancock.com |johnhancock.com

Please consider the environment before printing this email.

STATEMENT OF CONFIDENTIALITY
The information contained in this email and any attachments is strictly
confidential and is for the use of the intended recipient.  Any use,

JOHN_HANCOCK_DOI_RESPONSE_STETTNER 000583

7/22/2014  13:33  Tuesday 22 of Jul 2014, Faxination          ->916175727979                    ◻ 2

dissemination, distribution, or reproduction of any part of this email or
any attachment is prohibited.  If you are not the intended recipient,
please notify the sender by return email and delete all copies including
attachments

JOHN_HANCOCK_DOI_RESPONSE_STETTNER 000584

# FAX

From: Dana Rubenstein  |  Phone: 310-975-4738  |  Fax: 310-362-0211

DATE:
7/22/2014

SUBJECT:
Caregiver Hours

TO:
John Hancock; ATTN: Dan

PHONE:

FAX:
6174214348

PAGES:
3

COMMENTS:

2014-07-21 23:57:00 (GMT)    >9161753727979    13103620211  From: Marnin Somerman

**LTC BENEFIT CENTER B-5**
**JOHN HANCOCK LIFE INSURANCE COMPANY (U.S.A.)**
**PO BOX 852**
**BOSTON, MA 02117**
**1-800-222-3418**

*John Hancock*

| Insured: **Suzi Stettner** | Claim Number: **061372031** | Policy Number: **004415** |

**INSTRUCTIONS:**
1. This Service Bill must be completed by the hired caregiver.
2. Please complete **ALL** sections below in blue or black ink. An incomplete form will be returned to you and we will not be able to process a request for reimbursement until we receive the completed form.
3. Please circle level of assistance required
4. Please indicate number of hours spent performing each applicable activity for each day. Represent portions of an hour using decimals (example: 1.25 for one hour and fifteen minutes).

| **Rubenstein** | **Dana** | **M** |
| 1. Last Name of Caregiver | First Name of Caregiver | M.I. |

2. Street Address of Caregiver
▮▮▮▮▮▮▮

| **Los Angeles** | **CA** | ▮▮▮▮▮ |
| City/Town | State | Zip Code |

**Insured's Home**
2. Description of where were services rendered?  (e.g. Insured's home, Friend's Home, Hotel, Family hme, ALF, ILF, SNF, etc)

▮▮▮▮▮▮▮
3. Street Address where services were rendered

| **West Hollywood** . | **CA** | ▮▮▮▮▮ |
| City/Town | State | Zip Code |

What type of caregiver best describes you:
☐ Home Health Aid          ☐ RN          ☐ LPN/LVN          ☐ CNA
☐ Personal Care Attendant (PCA)     ☐ Companion     ☐ Homemaker     ☐ Other (explain):

| | | | | 7/14 | 7/15 | 7/16 | 7/17 | 7/18 | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Bathing | Hands On | Cueing | Supervision | ½ | ½ | ½ | ½ | ½ | | |
| Dressing | Hands On | Cueing | Supervision | ½ | ½ | ½ | ½ | ½ | | |
| Eating | Spoon / Tube Fed | Cueing | Supervision | | | | | | | |
| Transferring (bed to chair) | Physically Assist | Stand-by / Assist | | | | | | | | |
| Toileting | Physically Assist | Stand-by / Assist | | | | | | | | |
| Maintaining Continence | Assistance with Briefs / Pads | Colostomy / Foley Bag | | | | | | | | |
| **ADL CARE HOURS SUBTOTAL** | | | | 1 | 1 | 1 | 1 | 1 | | |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Provided continual supervision due to memory impairment | | | | | | | | | | |
| Provided continual supervision due to physical functional incapacity – cannot be left alone | | | | | | | | | | |
| Provide/Supervise medication administration | | | | ½ | ½ | ½ | ½ | ½ | | |
| **SUPERVISION HOURS SUBTOTAL** | | | | ½ | ½ | ½ | ½ | ½ | | |

| LTCC-ICPSB 12/2010 | Page 1 of 3 |

7/22/2014   13:53   Tuesday 22 of Jul 2014 , Faxination                    9168/572-975
To: Dan       Page 3 of 3                        2014-07-21 23:57:00 (GMT)              1310362021   From: Marnin Somerman

Case 2:24-cv-05876-CAS-PVC   Document 1   Filed 07/12/24   Page 24 of 55   Page ID #:24

| [Name of Insured] Suzi Stettner | [Claim Number] 061372031 | | | [Policy Number] 004415 | | |
|---|---|---|---|---|---|---|
| | 7/14 | 7/15 | 7/16 | 7/17 | 7/18 | |
| Housemaking/housekeeping; laundry, meal prep, dusting, vacuuming, washing dishes, other: | 2 | 2 | 1 | 1 | 1 | |
| Companion services | 1 | 1 | 1 | 1 | 1 | |
| **HOUSEKEEPING & COMPANION HOURS SUBTOTAL** | 3 | 3 | 2 | 2 | 2 | |
| 1. Mobility  Physical therapy | 2 | | 2 | | 2 | |
| 2. Shopping , errands | 1 | 2 | 1 | 1 | | |
| 3. | | | | | | |
| 4. | | | | | | |
| **OTHER CARE ACTIVITY HOURS SUBTOTAL** | 3 | 2 | 3 | 1 | 2 | |
| Sleeping | | | | | | |
| Transportation | | | | | | |
| Other (Specify): | | | | | | |
| **INDIRECT CAREGIVER ACTIVITY HOURS SUBTOTAL** | | | | | | |
| Arrival Time | 10:00A | 10:00A | 10:00A | 10:00A | 10:00A | |
| Departure Time | 5:30P | 4:30P | 4:30P | 2:30P | 3:30P | |
| Total Combined Hours Worked | 7½ | 6½ | 6½ | 4½ | 5½ | |
| **HOURLY RATE** | $30 | $30 | $30 | $30 | $30 | $ | $ |
| **DAILY SUBTOTAL OF SERVICE CHARGES** | $225 | $195 | $195 | $135 | $165 | $ | $ |
| | $ | 915.00 | | | | | |

Was the client/insured hospitalized or in a facility this week?
☐ Yes    Admission Date ___/___/___    Discharge Date ___/___/___
☒ No     Additional Comments:

John Hancock will not process this claim until this form is *fully completed* – including totals (*above*) and both original signatures – and returned to the Long-Term Care Claims Department. A new, blank form must be completed each week. Please return only ORIGINAL forms for review and retain copies for your records.

Proof of Payment for money paid to Independent Providers may be required upon request (example: copies of canceled checks).

Fraud Notice: ANY PERSON WHO, WITH INTENT TO DEFRAUD OF KNOWING THAT HE/SHE IS FACILITATING FRAUD AGAINST AN INSURER, SUBMITS AN APPLICATION OR FILES A CLAIM CONTAINING FALSE OR DECEPTIVE STATEMENTS IS GUILTY OF INSURANCE FRAUD AND MAY BE SUBJECT TO CRIMINAL AND CIVIL PENALTIES. PLEASE REFER TO ENCLOSED STATE VARIATION FOR STATE SPECIFIC WORDING REGARDING THE ABOVE FRAUD STATEMENT.

If you suspect fraud or possible abuse of these benefits, please report your concerns to John Hancock at 1-800-222-3418

I hereby certify that the information provided above is a complete and accurate representation of the care provided and received.

Signature of Caregiver _____    Date 7/18/14
Signature of Insured Claimant or Legal Representative _____    Date 7-18-14
To support signature other than the insured claimant, please enclose Power of Attorney documents.

LTCC-ICPSB 12/2010                                                          Page 2 of 3

Case 2:24-cv-05876-CAS-PVC   Document 1   Filed 07/12/24   Page 25 of 55   Page ID #:25

# FAX

**To: John Hancock**
**Attn: Dan**

Fax: 617-572-7979

Date: 10/18/2015

Re: Caregivers Hours

**From: Dana Rubenstein**

Fax: 310-362-0211

Phone: 310-975-4738

Cc:

**Comments:**

Pages: **3**

[X] Urgent
[X] For Review
[ ] Please Comment
[ ] Please Reply
[ ] Please Recycle

**LTC BENEFIT CENTER B-5**
**JOHN HANCOCK LIFE INSURANCE COMPANY (U.S.A.)**
PO BOX 852
BOSTON, MA 02117
1-800-222-3418

*John Hancock*

| Insured: **Suzi Stettner** | Claim Number: **004415** | Policy Number: **061372031** |
|---|---|---|

**INSTRUCTIONS:**
1. This Service Bill must be completed by the hired caregiver.
2. Please complete **ALL** sections below in blue or black ink. An incomplete form will be returned to you and we will not be able to process a request for reimbursement until we receive the completed form.
3. Please circle level of assistance required.
4. Please indicate number of hours spent performing each applicable activity for each day. Represent portions of an hour using decimals (example: 1.25 for one hour and fifteen minutes).

| Rubenstein | Dana | M |
|---|---|---|
| 1. Last Name of Caregiver | First Name of Caregiver | M.I. |

| ▇▇▇▇▇▇▇ |
|---|
| 2. Street Address of Caregiver |

| Los Angeles | CA | ▇▇▇▇ |
|---|---|---|
| City/Town | State | Zip Code |

| Insured's Home |
|---|
| 2. Description of where were services rendered? (e.g. Insured's home, Friend's Home, Hotel, Family hme, ALF, TLF, SNF, etc) |

| ▇▇▇▇▇ |
|---|
| 3. Street Address where services were rendered |

| West Hollywood | CA | ▇▇▇▇ |
|---|---|---|
| City/Town | State | Zip Code |

**What type of caregiver best describes you:**
☐ Home Health Aid ☐ RN ☐ LPN/LVN ☐ CNA
☐ Personal Care Attendant (PCA) ☐ Companion ☐ Homemaker ☐ Other (explain):

| | | | | 10/2 | 10/13 | 10/14 | 10/15 | 10/16 |
|---|---|---|---|---|---|---|---|---|
| Bathing | Hands On | Cueing | Supervision | ½ | ½ | ½ | ½ | ½ |
| Dressing | Hands On | Cueing | Supervision | ½ | ½ | ½ | ½ | ½ |
| Eating | Spoon / Tube Fed | Cueing | Supervision | | | | | |
| Transferring (bed to chair) | Physically Assist | Stand-by / Assist | | | | | | |
| Toileting | Physically Assist | Stand-by / Assist | | | | | | |
| Maintaining Continence | Assistance with Briefs / Pads | Colostomy / Foley Bag | | | | | | |
| **ADL CARE HOURS SUBTOTAL** | | | | 1 | 1 | 1 | 1 | 1 |
| | | | | | | | | |
| Provided continual supervision due to memory impairment | | | | | | | | |
| Provided continual supervision due to physical functional incapacity - cannot be left alone | | | | | | | | |
| Provide/Supervise medication administration | | | | ½ | ½ | ½ | ½ | ½ |
| **SUPERVISION HOURS SUBTOTAL** | | | | ½ | ½ | ½ | ½ | ½ |

LTCC-ICPSB 12/2010

Page 1 of 3

| [Name of Insured] Suzi Stettner | | [Claim Number] 004415 | | [Policy Number] 061372031 | | |
|---|---|---|---|---|---|---|

| | 10/12 | 10/13 | 10/14 | 10/15 | 10/16 | | |
|---|---|---|---|---|---|---|---|
| Housemaking/housekeeping: laundry, meal prep, dusting, vacuuming, washing dishes, other: | 2 | 2 | 2 | 1 | 1 | | |
| Companion services | 2 | | 2 | | 2 | | |
| **HOUSEKEEPING & COMPANION HOURS SUBTOTAL** | 4 | 2 | 4 | 1 | 3 | | |
| 1. Mobility  *Physical therapy* | 2 | | 2 | | 2 | | |
| 2. *Shopping, errands* | 1 | 3 | 1 | 2 | | | |
| 3. | | | | | | | |
| 4. | | | | | | | |
| **OTHER CARE ACTIVITY HOURS SUBTOTAL** | 3 | 3 | 3 | 2 | 2 | | |
| Sleeping | | | | | | | |
| Transportation | | | | | | | |
| Other (Specify): | | | | | | | |
| **INDIRECT CAREGIVER ACTIVITY HOURS SUBTOTAL** | | | | | | | |
| Arrival Time | 9:00 A | 10:00 A | 10:00 A | 9:00 A | 9:00 A | | |
| Departure Time | 5:30 P | 4:30 P | 6:30 P | 1:30 P | 3:30 P | | |
| Total Combined Hours Worked | 8 1/2 | 6 1/2 | 8 1/2 | 4 1/2 | 6 1/2 | | |
| **HOURLY RATE** | $30 | $30 | $30 | $30 | $30 | $ | $ |
| **DAILY SUBTOTAL OF SERVICE CHARGES** | $255 | $195 | $255 | $135 | $195 | $ | $ |
| | $ | 1035.00 | | | | | |

Was the client/insured hospitalized or in a facility this week?

☐ Yes   Admission Date ___ / ___ / ___   Discharge Date ___ / ___ / ___

☒ No   Additional Comments: _____

John Hancock will not process this claim until this form is *fully completed* – including totals (above) and both original signatures – and returned to the Long-Term Care Claims Department. A new, blank form must be completed each week. Please return only ORIGINAL forms for review and retain copies for your records.

Proof of Payment for money paid to Independent Providers may be required upon request (example: copies of canceled checks).

**Fraud Notice:** ANY PERSON WHO, WITH INTENT TO DEFRAUD OR KNOWING THAT HE/SHE IS FACILITATING FRAUD AGAINST AN INSURER, SUBMITS AN APPLICATION OR FILES A CLAIM CONTAINING FALSE OR DECEPTIVE STATEMENTS IS GUILTY OF INSURANCE FRAUD AND MAY BE SUBJECT TO CRIMINAL AND CIVIL PENALTIES. PLEASE REFER TO ENCLOSED STATE VARIATION FOR STATE SPECIFIC WORDING REGARDING THE ABOVE FRAUD STATEMENT.

**If you suspect fraud or possible abuse of these benefits, please report your concerns to John Hancock at 1-800-222-3418.**

I hereby certify that the information provided above is a complete and accurate representation of the care provided and received.

_Signature of Caregiver_    Date 10/16/15

_Signature of Insured Claimant or Legal Representative_    Date 10-16-15

To support signature other than the insured claimant, please enclose Power of Attorney documents.

LTCC-XCPSB 12/2010

JOHN_HANCOCK_DOI_RESPONSE_STETTNER 001031

FAX

From: Dana Rubenstein  |  Phone: 310-975-4738  |  Fax: 310-362-0211

DATE:
8/18/2014

SUBJECT:
Caregiver Hours

TO:
John Hancock

PHONE:

FAX:
617-572-7979

PAGES:
7

COMMENTS:

**LTC BENEFIT CENTER B-5**
**JOHN HANCOCK LIFE INSURANCE COMPANY (U.S.A.)**
**PO BOX 852**
**BOSTON, MA  02117**
**1-800-222-3418**

*John Hancock*

| Insured: **Suzi Stettner** | Claim Number: **004415** | Policy Number: **061372031** |

**INSTRUCTIONS:**
1. This Service Bill must be completed by the hired caregiver.
2. Please complete **ALL** sections below in blue or black ink.  An incomplete form will be returned to you and we will not be able to process a request for reimbursement until we receive the completed form.
3. Please circle level of assistance required
4. Please indicate number of hours spent performing each applicable activity for each day. Represent portions of an hour using decimals (example: 1.25 for one hour and fifteen minutes).

| Rubenstein | DANA | M |
| 1. Last Name of Caregiver | First Name of Caregiver | M.I. |

**2. Street Address of Caregiver**

JOHN_HANCOCK_DOI_RESPONSE_STETTNER 000122

**LTC BENEFIT CENTER B-5**
**JOHN HANCOCK LIFE INSURANCE COMPANY (U.S.A.)**
**PO BOX 852**
**BOSTON, MA 02117**
**1-800-222-3418**

*John Hancock*

| Insured: **Suzi Stettner** | Claim Number: **004415** | Policy Number: **061372031** |
|---|---|---|

**INSTRUCTIONS:**
1. This Service Bill must be completed by the hired caregiver.
2. Please complete **ALL** sections below in blue or black ink.  An incomplete form will be returned to you and we will not be able to process a request for reimbursement until we receive the completed form.
3. Please circle level of assistance required
4. Please indicate number of hours spent performing each applicable activity for each day. Represent portions of an hour using decimals (example: 1.25 for one hour and fifteen minutes).

| RUBENSTEIN | DANA | M |
|---|---|---|
| 1. Last Name of Caregiver | First Name of Caregiver | M.I. |

**2. Street Address of Caregiver** [redacted]

| Los Angeles | CA | [redacted] |
|---|---|---|
| City/Town | State | Zip Code |

**Insured's Home**
2. Description of where were services rendered?  (e.g. Insured's home, Friend's Home, Hotel, Family hme, ALF, ILF, SNF, etc)

**3. Street Address where services were rendered** [redacted]

| West Hollywood | CA | [redacted] |
|---|---|---|
| City/Town | State | Zip Code |

**What type of caregiver best describes you:**
- ☐ Home Health Aid
- ☐ Personal Care Attendant (PCA)
- ☐ RN
- ☐ Companion
- ☐ LPN/LVN
- ☐ Homemaker
- ☐ CNA
- ☐ Other (explain):

| | | | | 8/11 | 8/12 | 8/13 | 8/14 | 8/15 | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Bathing | Hands On | Cueing | Supervision | ½ | ½ | ½ | ½ | ½ | | |
| Dressing | Hands On | Cueing | Supervision | ½ | ½ | ½ | ½ | ½ | | |
| Eating | Spoon / Tube Fed | Cueing | Supervision | | | | | | | |
| Transferring (bed to chair) | Physically Assist | Stand-by / Assist | | | | | | | | |
| Toileting | Physically Assist | Stand-by / Assist | | | | | | | | |
| Maintaining Continence | Assistance with Briefs / Pads | Colostomy / Foley Bag | | | | | | | | |
| **ADL CARE HOURS SUBTOTAL** | | | | ( | ( | ( | ( | ( | | |
| Provided continual supervision due to memory impairment | | | | | | | | | | |
| Provided continual supervision due to physical functional incapacity – cannot be left alone | | | | | | | | | | |
| Provide/Supervise medication administration | | | | ½ | ½ | ½ | ½ | ½ | | |
| **SUPERVISION HOURS SUBTOTAL** | | | | ½ | ½ | ½ | ½ | ½ | | |

LTCC-ICPSB 12/2010

**Page 1 of 3**

| [Name of Insured] Suzi Stettner | [Claim Number] 0094415 | | | [Policy Number] 06137203/ | | |
|---|---|---|---|---|---|---|

| | 8/11 | 8/12 | 8/13 | 8/14 | 8/15 | | |
|---|---|---|---|---|---|---|---|
| Housemaking/housekeeping: laundry, meal prep, dusting, vacuuming, washing dishes, other: | 2 | 2 | 2 | 1 | 1½ | | |
| Companion services | 1 | 1 | 1 | 1 | 1 | | |
| **HOUSEKEEPING & COMPANION HOURS SUBTOTAL** | 3 | 3 | 3 | 2 | 2½ | | |
| 1. Mobility *Physical therapy* | | 2 | | 2 | | 2 | |
| 2. *Shopping, errands* | | 1 | 3 | | 1 | | |
| 3. | | | | | | | |
| 4. | | | | | | | |
| **OTHER CARE ACTIVITY HOURS SUBTOTAL** | | 3 | 3 | 2 | 1 | 2 | |
| Sleeping | | | | | | | |
| Transportation | | | | | | | |
| Other (Specify): | | | | | | | |
| **INDIRECT CAREGIVER ACTIVITY HOURS SUBTOTAL** | | | | | | | |
| Arrival Time | | 10:00 A | 9:00 A | 9:00 A | 10:00 A | 10:00 A | |
| Departure Time | | 5:30 P | 4:30 P | 3:30 P | 2:30 P | 4:00 P | |
| Total Combined Hours Worked | | 7½ | 7½ | 6½ | 4½ | 6 | |
| **HOURLY RATE** | | $30 | $30 | $30 | $30 | $30 | $ | $ |
| **DAILY SUBTOTAL OF SERVICE CHARGES** | | $225 | $225 | $195 | $135 | $180 | $ | $ |
| $ | | | | 960.00 | | | |

Was the client/insured hospitalized or in a facility this week?

☐ Yes    Admission Date _____/_____/_____          Discharge Date _____/_____/_____

☒ No     Additional Comments:

John Hancock will not process this claim until this form is **fully completed** – including totals (above) and **both original signatures** – and returned to the Long-Term Care Claims Department.  A new, blank form must be completed each week. Please return only ORIGINAL forms for review and retain copies for your records.

Proof of Payment for money paid to Independent Providers may be required upon request (example: copies of canceled checks).

**Fraud Notice:** ANY PERSON WHO, WITH INTENT TO DEFRAUD OF KNOWING THAT HE/SHE IS FACILITATING FRAUD AGAINST AN INSURER, SUBMITS AN APPLICATION OR FILES A CLAIM CONTAINING FALSE OR DECEPTIVE STATEMENTS IS GUILTY OF INSURANCE FRAUD AND MAY BE SUBJECT TO CRIMINAL AND CIVIL PENALTIES. PLEASE REFER TO ENCLOSED STATE VARIATION FOR STATE SPECIFIC WORDING REGARDING THE ABOVE FRAUD STATEMENT.

If you suspect fraud or possible abuse of these benefits, please report your concerns to John Hancock at 1-800-222-3418

I hereby certify that the information provided above is a complete and accurate representation of the care provided and received.

Signature of Caregiver                    Date  8/15/14

Signature of Insured Claimant or Legal Representative      Date  8-15-14

To support signature other than the insured claimant, please enclose Power of Attorney documents.

LTCC-ICPSB 12/2010                                                          Page 2 of 3

Case 2:24-cv-05876-CAS-PVC   Document 1   Filed 07/12/24   Page 32 of 55   Page ID #:32

# FAX COVER SHEET

| TO | |
| --- | --- |
| COMPANY | John Hancock |
| FAX NUMBER | 16175727979 |
| FROM | Marnin Somerman |
| DATE | 2016-05-19 02:11:19 GMT |
| RE | Attn: Dan |

## COVER MESSAGE

Notes:

JOHN_HANCOCK_DOI_RESPONSE_STETTNER 000852

1310362O211  From: Marnin Somerman

2016-05-19 02:11:57 (GMT)

To:  Page 2 of 3

JOHN_HANCOCK_DOI_RESPONSE_STETTNER_000853

*John Hancock*

# Independent Care Provider Service Bill

**John Hancock Life Insurance Company (U.S.A) (not licensed in New York)**
✉ ATTN:  R-02-B Long-Term Care
    PO Box 852
    Boston, MA 02117
☎ Phone: 800-233-1449  Fax: 617-572-7979

Insured Name: <u>SUSAN</u>
<u>STETTNER</u>
Claim Number: JH____004415

## Introduction

In order to receive reimbursement for services provided by an Independent Care Provider (ICP), you must submit itemized charges on this ICP Service Bill. John Hancock will not process this claim until the daily charges and the 2 original signatures are completed in full and returned to the address above. Proof of payment may be required upon request (i.e., copies of canceled checks).

Caregiver's Name: <u>DANA RUBENSTEIN</u>    Was the Insured hospitalized or in a facility this month?  ☐ YES  ☒ NO
IF YES: ADMISSION DATE: _____    DISCHARGE DATE: _____

Where was care provided? ☒ INSURED HOME ☐ FACILITY ☐ OTHER: _____

| Date (mm/dd/yy) | Time In (indicate a.m. or p.m.) | Time Out (indicate a.m. or p.m.) | Total Hours | Hourly Charge | Total Daily Charge | Bathing | Continence | Dressing | Eating | Toileting | Transferring/ Mobility | Supervision/ Safety | Other |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5/2/16 | 9:00A | 5:00P | 8 | $30 | $240.00 | X | | Y | | X | Y | Y | X |
| 5/3/16 | 9:00A | 5:00P | 8 | $30 | $240.00 | X | | X | | X | | X | X |
| 5/4/16 | 9:00A | 4:00P | 7 | $30 | $210.00 | X | | X | | X | X | Y | |
| 5/5/16 | 9:00A | 4:00P | 7 | $30 | $210.00 | X | | Y | | X | X | Y | X |
| 5/6/16 | 9:00A | 5:00P | 8 | $30 | $240.00 | Y | | X | | X | | | X |
| 5/9/16 | 9:00A | 5:00P | 8 | $30 | $240.00 | X | | X | | X | | X | |
| 5/10/16 | 9:00A | 4:00P | 7 | $30 | $210.00 | X | | X | | X | X | X | |
| | | | | Sub-Total | $1590.00 | | | | | | | | |

**Activities of Daily Living/Supervision Services (mark all that apply with an X)**

☒ Additional Dates on Reverse ➔

## Acknowledgment

Any person who, with an intent to defraud or knowing that he/she is facilitating a fraud against an insurer, submits an application or files a claim containing a false or deceptive statement is guilty of insurance fraud and may be subject to criminal and civil penalties. Please refer to enclosed state variation sheet for state-specific wording regarding the above fraud statement.

**Sign Here** ➔

*Dana* _____ 5/15/16
Signature of INDEPENDENT CARE PROVIDER         DATE

*Susan Stettner* _____ 5-15-16
Signature of INSURED or POWER OF ATTORNEY or GUARDIAN         DATE

**Please note:** We require a documented durable Power of Attorney or Guardianship in order to accept a signature other than the insured's on forms related to this claim. Please include a copy of the Power of Attorney or Guardianship if you have not already submitted a copy.

LTCC ICPSB edition September, 2014

13103620211  From: Marnin Somerman

2016-05-19 02:11:57 (GMT)

To:     Page 3 of 3

JOHN_HANCOCK_DOI_RESPONSE_STETTNER 000854

Caregiver's Full Name: DANA RUBENSTEIN          Insured: SUSAN STETTNER      Claim ID: JH___004415

| Date (mm/dd/yy) | Time In (indicate a.m. or p.m.) | Time Out (indicate a.m. or p.m.) | Total Hours | Hourly Charge | Total Daily Charge | Bathing | Continence | Dressing | Eating | Toileting | Transferring / Mobility | Supervision / Safety | Other |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5/11/16 | 9:00A | 5:00P | 8 | $ 30 | $ 240.00 | X | | X | | X | | X | X |
| 5/12/16 | 9:00A | 4:00P | 7 | $ 30 | $ 210.00 | X | | X | | X | | X | |
| 5/13/16 | 9:00A | 5:00P | 8 | $ 30 | $ 240.00 | X | | X | | X | | X | X |
| | | | | $ | $ | | | | | | | | |
| | | | | $ | $ | | | | | | | | |
| | | | | $ | $ | | | | | | | | |
| | | | | $ | $ | | | | | | | | |
| | | | | $ | $ | | | | | | | | |
| | | | | $ | $ | | | | | | | | |
| | | | | $ | $ | | | | | | | | |
| | | | | $ | $ | | | | | | | | |
| | | | | $ | $ | | | | | | | | |
| | | | | $ | $ | | | | | | | | |
| | | | | $ | $ | | | | | | | | |
| | | | | $ | $ | | | | | | | | |
| | | | | $ | $ | | | | | | | | |
| | | | | $ | $ | | | | | | | | |
| | | | | $ | $ | | | | | | | | |
| | | | Sub-Total | $ 1590.00 | | | | | | | | | |
| | | | Grand Total | $ 2290.00 | | | | | | | | | |

If you suspect fraud or possible abuse of these benefits, please report your concerns to John Hancock at 1-800-222-3418.

Polices are administered by John Hancock Life Insurance Company (U.S.A.), Boston, MA 02117 (licensed in all states except New York; permitted in New York to service existing policyholders).

Case 2:24-cv-05876-CAS-PVC   Document 1   Filed 07/12/24   Page 35 of 55   Page ID #:35

# FAX COVER SHEET

| TO | |
|---|---|
| COMPANY | John Hancock |
| FAX NUMBER | 16175727979 |
| FROM | Marnin Somerman |
| DATE | 2016-07-16 21:46:52 GMT |
| RE | Attn: Dan |

## COVER MESSAGE

Notes:

JOHN_HANCOCK_DOI_RESPONSE_STETTNER 000562

*John Hancock.*

# Independent Care Provider Service Bill

**John Hancock Life Insurance Company (U.S.A) (not licensed in New York)**
✉ ATTN: R-02-B Long-Term Care
   PO Box 852
   Boston, MA 02117
☎ Phone: 800-233-1449 Fax: 617-572-7979

Insured Name: <u>SUSAN</u>
<u>STETTNER</u>
Claim Number: JH ___004415

## Introduction

In order to receive reimbursement for services provided by an Independent Care Provider (ICP), you must submit itemized charges on this ICP Service Bill. John Hancock will not process this claim until the daily charges and the 2 original signatures are completed in full and returned to the address above. Proof of payment may be required upon request (i.e., copies of canceled checks).

Caregiver's Name: <u>DANA RUBENSTEIN</u>   Was the Insured hospitalized or in a facility this month? ☐ YES ☒ NO
IF YES: ADMISSION DATE: _____   DISCHARGE DATE: _____

Where was care provided? ☒INSURED HOME ☐FACILITY ☐ OTHER: _____

| Date (mm/dd/yy) | Time In (indicate a.m. or p.m.) | Time Out (indicate a.m. or p.m.) | Total Hours | Hourly Charge | Total Daily Charge | Bathing | Continence | Dressing | Eating | Toileting | Transferring/ Mobility | Supervision/ Safety | Other |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 7/1/16 | 9:00 A | 3:00 P | 6 | $ 30 | $ 180.00 | X | | X | | X | | X | |
| 7/4/16 | 9:00 A | 4:00 P | 7 | $ 30 | $ 210.00 | X | | X | | X | | X | X |
| 7/5/16 | 10:00 A | 5:00 P | 7 | $ 30 | $ 210.00 | X | | X | | X | | X | X |
| 7/6/16 | 10:00 A | 4:00 P | 6 | $ 30 | $ 180.00 | X | | X | | X | | X | |
| 7/7/16 | 9:00 A | 5:00 P | 8 | $ 30 | $ 240.00 | X | | X | | X | | X | X |
| 7/8/16 | 9:00 A | 3:00 P | 6 | $ 30 | $ 180.00 | X | | X | | X | | X | |
| 7/11/16 | 9:00 A | 4:00 P | 7 | $ 30 | $ 210.00 | X | | X | | X | | X | X |
| | | | | Sub-Total | $ 1410.00 | | | | | | | | |

☒Additional Dates on Reverse ➡

## Acknowledgment

Any person who, with an intent to defraud or knowing that he/she is facilitating a fraud against an insurer, submits an application or files a claim containing a false or deceptive statement is guilty of insurance fraud and may be subject to criminal and civil penalties. Please refer to enclosed state variation sheet for state-specific wording regarding the above fraud statement.

**Sign Here ➡**

_Dana_ _____   7/15/16
SIGNATURE of INDEPENDENT CARE PROVIDER   DATE

_Susan Stettner_ _____   7-15-16
Signature of INSURED or POWER of ATTORNEY or GUARDIAN   DATE

Please note: We require a documented durable Power of Attorney or Guardianship in order to accept a signature other than the insured's on forms related to this claim. Please include a copy of the Power of Attorney or Guardianship if you have not already submitted a copy.

LTCC ICPSB edition September, 2014

13103620211  From: Marnin Somerman

2016-07-16 21:47:24 (GMT)

To:   Page 2 of 3

JOHN_HANCOCK_DOI_RESPONSE_STETTNER 000563

13103620211  From: Marnin Somerman

2016-07-16 21:47:24 (GMT)

To:  Page 3 of 3

JOHN_HANCOCK_DOI_RESPONSE_STETTNER 000564

**Caregiver's Full Name:** DANA RUBENSTEIN    **Insured:** SUSAN STETTNER    **Claim ID:** JH____004415

| Date (mm/dd/yy) | Time In (indicate a.m. or p.m.) | Time Out (indicate a.m. or p.m.) | Total Hours | Hourly Charge | Total Daily Charge | Bathing | Continence | Dressing | Eating | Toileting | Transferring / Mobility | Supervision / Safety | Other |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 7/12/16 | 9:00A | 3:00P | 6 | $30 | $180.00 | X | | Y | | X | | Y | |
| 7/13/16 | 9:00A | 4:00P | 7 | $30 | $210.00 | X | | X | | X | | X | Y |
| 7/14/16 | 9:00A | 3:00P | 6 | $30 | $180.00 | X | | X | | X | | X | |
| 7/15/16 | 9:00A | 4:00P | 7 | $30 | $210.00 | X | | X | | X | | X | Y |
| | | | | $ | $ | | | | | | | | |
| | | | | $ | $ | | | | | | | | |
| | | | | $ | $ | | | | | | | | |
| | | | | $ | $ | | | | | | | | |
| | | | | $ | $ | | | | | | | | |
| | | | | $ | $ | | | | | | | | |
| | | | | $ | $ | | | | | | | | |
| | | | | $ | $ | | | | | | | | |
| | | | | $ | $ | | | | | | | | |
| | | | | $ | $ | | | | | | | | |
| | | | | $ | $ | | | | | | | | |
| | | | | $ | $ | | | | | | | | |
| | | | | $ | $ | | | | | | | | |
| | | | Sub-Total | | $ 1410.00 | | | | | | | | |
| | | | Grand Total | | $ 2190.00 | | | | | | | | |

If you suspect fraud or possible abuse of these benefits, please report your concerns to John Hancock at 1-800-222-3418.

Polices are administered by John Hancock Life Insurance Company (U.S.A.), Boston, MA 02117 (licensed in all states except New York; permitted in New York to service existing policyholders.)

Case 2:24-cv-05876-CAS-PVC   Document 1   Filed 07/12/24   Page 38 of 55   Page ID #:38

# FAX COVER SHEET

| TO | |
|---|---|
| COMPANY | John Hancock |
| FAX NUMBER | 16175727979 |
| FROM | Marnin Somerman |
| DATE | 2016-11-01 01:54:07 GMT |
| RE | Attn: Dan |

## COVER MESSAGE

Notes:

JOHN_HANCOCK_DOI_RESPONSE_STETTNER 001061

13103620211  From: Marvin Somerman

2016-11-01 01:54:48 (GMT)

To:   Page 2 of 3

JOHN_HANCOCK_DOI_RESPONSE_STETTNER_001062

*John Hancock.*

# Independent Care Provider Service Bill

John Hancock Life Insurance Company (U.S.A) (not licensed in New York)
ATTN: R-02-B Long-Term Care
PO Box 852
Boston, MA 02117
☎ Phone: 800-233-1449  Fax: 617-572-7979

Insured Name: SUSAN
STETTNER
Claim Number: JH     004415

### Introduction

In order to receive reimbursement for services provided by an Independent Care Provider (ICP), you must submit itemized charges on this ICP Service Bill. John Hancock will not process this claim until the daily charges and the 2 original signatures are completed in full and returned to the address above. Proof of payment may be required upon request (i.e., copies of canceled checks).

Caregiver's Name: DANA RUBENSTEIN     Was the insured hospitalized or in a facility this month?  ☐ YES  ☒ NO
IF YES: ADMISSION DATE:          DISCHARGE DATE:

Where was care provided? ☒ INSURED HOME ☐ FACILITY ☐ OTHER:

| Date (mm/dd/yy) | Time In (indicate a.m. or p.m.) | Time Out (indicate a.m. or p.m.) | Total Hours | Hourly Charge | Total Daily Charge | Bathing | Continence | Dressing | Eating | Toileting | Transferring/ Mobility | Supervision/ Safety | Other |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/17/16 | 10:00 A | 4:00 P | 6 | $ 30 | $ 180 — | X | | X | | X | | X | |
| 10/18/16 | 10:00 A | 4:00 P | 6 | $ 30 | $ 180 — | | | X | | X | | X | X |
| 10/19/16 | 10:00 A | 4:00 P | 6 | $ 30 | $ 180 — | X | | X | | X | | X | |
| 10/20/16 | 10:00 A | 4:00 P | 6 | $ 30 | $ 180 — | X | | X | | X | | X | X |
| 10/21/16 | 10:00 A | 4:00 P | 6 | $ 30 | 180 — | X | | X | | X | | X | X |
| 10/24/16 | 10:00 A | 4:00 P | 6 | $ 30 | 180 — | X | | X | | X | | X | |
| 10/25/16 | 10:00 A | 4:00 P | 6 | $ 30 | 180 — | X | | X | | X | | X | X |
| | | | | Sub-Total | $ 1260, 00 | | | | | | | | |

☒ Additional Dates on Reverse ⇒

### Acknowledgment

Any person who, with an intent to defraud or knowing that he/she is facilitating a fraud against an insurer, submits an application or files a claim containing a false or deceptive statement is guilty of insurance fraud and may be subject to criminal and civil penalties. Please refer to enclosed state variation sheet for state-specific wording regarding the above fraud statement.

**Sign Here** ⇒

Signature of INDEPENDENT CARE PROVIDER          DATE

Signature of INSURED or POWER OF ATTORNEY or GUARDIAN          DATE

Please note: We require a documented durable Power of Attorney or Guardianship in order to accept a signature other than the insured's on forms related to this claim. Please include a copy of the Power of Attorney or Guardianship if you have not already submitted a copy.

LTCC ICPSB edition September, 2014

13103620211  From: Marnin Somerman

JOHN_HANCOCK_DOI_RESPONSE_STETTNER 001063

2016-11-01 01:54:48 (GMT)

Caregiver's Full Name: DANA RUBENSTEIN   Insured: SUSAN STETTNER   Claim ID: JH ____ 004415

| Date (mm/dd/yy) | Time In (indicate a.m. or p.m.) | Time Out (indicate a.m. or p.m.) | Total Hours | Hourly Charge | Total Daily Charge | Bathing | Continence | Dressing | Eating | Toileting | Transferring / Mobility | Supervision / Safety | Other |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/26/16 | 10:00 A | 4:00 P | 6 | $ 30 | $ 180 — | X | | X | | X | | X | |
| 10/27/16 | 10:00 A | 4:00 P | 6 | $ 30 | $ 180 — | X | | X | | X | | X | |
| 10/28/16 | 10:00 A | 4:00 P | 6 | $ 30 | $ 180 — | X | | X | | X | | X | X |
| 10/31/16 | 10:00 A | 4:00 P | 6 | $ 30 | $ 180 — | X | | X | | X | | X | |
| | | | | $ | $ | | | | | | | | |
| | | | | $ | $ | | | | | | | | |
| | | | | $ | $ | | | | | | | | |
| | | | | $ | $ | | | | | | | | |
| | | | | $ | $ | | | | | | | | |
| | | | | $ | $ | | | | | | | | |
| | | | | $ | $ | | | | | | | | |
| | | | | $ | $ | | | | | | | | |
| | | | | $ | $ | | | | | | | | |
| | | | | $ | $ | | | | | | | | |
| | | | | $ | $ | | | | | | | | |
| | | | | $ | $ | | | | | | | | |
| | | | | $ | $ | | | | | | | | |
| | | | Sub-Total | $ 1260.00 | | | | | | | | | |
| | | | Grand Total | $ 1980.00 | | | | | | | | | |

**Activities of Daily Living and Supervision Services (mark all that apply with an X)**

If you suspect fraud or possible abuse of these benefits, please report your concerns to John Hancock at 1-800-222-3418.

Polices are administered by John Hancock Life Insurance Company (U.S.A.), Boston, MA 02117 (licensed in all states except New York; permitted in New York to service existing policyholders.)

To:

Case 2:24-cv-05876-CAS-PVC  Document 1  Filed 07/12/24  Page 41 of 55  Page ID #:41

# FAX COVER SHEET

| TO | Attn: Dan |
|---|---|
| COMPANY | John Hancock |
| FAX NUMBER | 16175727979 |
| FROM | Marnin Somerman |
| DATE | 2018-05-01 03:12:27 GMT |
| RE | Susan Stettner |

## COVER MESSAGE

.

JOHN_HANCOCK_DOI_RESPONSE_STETTNER 000063

# *John Hancock.*                    Independent Care Provider Service Bill

**John Hancock Life Insurance Company (U.S.A) (not licensed in New York)**

✉ ATTN: R-02-B Long-Term Care
   PO Box 852
   Boston, MA 02117

☎ Phone: 800-233-1449 Fax: 617-572-7979

Insured Name: SUSAN
              STETTNER
Claim Number: JH    004415

## Introduction

In order to receive reimbursement for services provided by an Independent Care Provider (ICP), you must submit itemized charges on this ICP Service Bill. John Hancock will not process this claim until the daily charges and the **2 original** signatures are completed in full and returned to the address above. Proof of payment may be required upon request (i.e., copies of canceled checks).

Caregiver's Name: DANA RUBENSTEIN          Was the Insured hospitalized or in a facility this month? ☐ YES  ☒ NO
                                           IF YES: ADMISSION DATE: _____  DISCHARGE DATE: _____

Where was care provided? ☒ INSURED HOME  ☐ FACILITY  ☐ OTHER: _____

| Date (mm/dd/yy) | Time In (indicate a.m. or p.m.) | Time Out (indicate a.m. or p.m.) | Total Hours | Hourly Charge | Total Daily Charge | Bathing | Continence | Dressing | Eating | Toileting | Transferring/ Mobility | Supervision/ Safety | Other |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4/16/18 | 9:00A | 5:00P | 8 | $30 | $240— | X | | X | | X | | X | X |
| 4/17/18 | 9:00A | 5:00P | 8 | $30 | $240— | X | | X | | X | | X | X |
| 4/18/18 | 9:00A | 5:00P | 8 | $30 | $240— | X | | X | | X | | X | |
| 4/19/18 | 9:00A | 5:00P | 8 | $30 | $240— | X | | X | | X | | X | X |
| 4/20/18 | 9:00A | 5:00P | 8 | $30 | $240— | X | | X | | X | | X | X |
| 4/23/18 | 9:00A | 5:00P | 8 | $30 | $240— | X | | X | | X | | X | X |
| 4/24/18 | 9:00A | 4:00P | 7 | $30 | $210— | X | | X | | X | | X | |
| | | | | Sub-Total | $  1,650.00 | | | | | | | | |

☒ **Additional Dates on Reverse ➡**

## Acknowledgement

Any person who, with an intent to defraud or knowing that he/she is facilitating a fraud against an insurer, submits an application or files a claim containing a false or deceptive statement is guilty of insurance fraud and may be subject to criminal and civil penalties. Please refer to enclosed state variation sheet for state-specific wording regarding the above fraud statement.

**Sign Here ➡**

Signature of INDEPENDENT CARE PROVIDER          DATE  4/30/18

Signature of INSURED or POWER OF ATTORNEY or GUARDIAN          DATE  4-30-18

Please note: We require a documented durable Power of Attorney or Guardianship in order to accept a signature other than the insured's on forms related to this claim. Please include a copy of the Power of Attorney or Guardianship if you have not already submitted a copy.

LTCC ICPSB edition September, 2014

Caregiver's Full Name: DANA RUBENSTEIN          Insured: SUSAN STETTNER   Claim ID: JH   004415

| Date (mm/dd/yy) | Time In (indicate a.m. or p.m.) | Time Out (indicate a.m. or p.m.) | Total Hours | Hourly Charge | Total Daily Charge | Activities of Daily Living and Supervision Services (mark all that apply with an X) | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Bathing | Continence | Dressing | Eating | Toileting | Transferring / Mobility | Supervision / Safety | Other |
| 4/25/18 | 9:00 A | 5:00 P | 8 | $ 30 — | $ 240 — | X | | X | | X | | X | X |
| 4/26/18 | 9:00 A | 4:00 P | 7 | 30 — | 210 — | X | | X | | X | | X | X |
| 4/27/18 | 9:00 A | 5:00 P | 8 | 30 — | 240 — | X | | X | | X | | X | |
| 4/30/18 | 9:00 A | 5:00 P | 8 | 30 — | 240 — | X | | X | | X | | X | X |
| | | | | $ | $ | | | | | | | | |

# FAX COVER SHEET

| TO | Dan |
|---|---|
| COMPANY | John Hancock |
| FAX NUMBER | 16175727979 |
| FROM | Marnin Somerman |
| DATE | 2019-03-31 18:01:16 GMT |
| RE | Susan Stettner |

## COVER MESSAGE

.

JOHN_HANCOCK_DOI_RESPONSE_STETTNER 000834



# Independent Care Provider Service Bill

**John Hancock Life Insurance Company (U.S.A) (not licensed in New York)**
☒ ATTN: R-02-B Long-Term Care
  PO Box 852
  Boston, MA 02117
☎ Phone: 800-233-1449  Fax: 617-572-7979

Insured Name: SUSAN STETTNER
Claim Number: JH    004415

## Introduction

In order to receive reimbursement for services provided by an Independent Care Provider (ICP), you must submit itemized charges on this ICP Service Bill. John Hancock will not process this claim until the daily charges and the 2 **original** signatures are completed in full and returned to the address above. Proof of payment may be required upon request (i.e., copies of canceled checks).

Caregiver's Name: DANA RUBENSTEIN    Was the Insured hospitalized or in a facility this month? ☐ YES ☒ NO
                                       IF YES: ADMISSION DATE:           DISCHARGE DATE:

Where was care provided? ☒ INSURED HOME ☐ FACILITY ☐ OTHER: _____

| Date (mm/dd/yy) | Time In | Time Out | Total Hours | Hourly Charge | Total Daily Charge | Bathing | Continence | Dressing | Eating | Toileting | Transferring/Mobility | Supervision/Safety | Other |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3/18/19 | 9:00A | 5:00P | 8 | $30 | $240- | X | | X | | X | | X | X |
| 3/19/19 | 9:00A | 5:00P | 8 | $30 | $240- | X | | X | | X | | X | X |
| 3/20/19 | 9:00A | 5:00P | 8 | $30 | $240- | X | | X | | X | | X | X |
| 3/21/19 | 9:00A | 5:00P | 8 | $30 | $240- | X | | X | | X | | X | X |
| 3/22/19 | 9:00A | 5:00P | 8 | $30 | $240- | X | | X | | X | | X | X |
| 3/25/19 | 9:00A | 5:00P | 8 | $30 | $240- | X | | X | | X | | X | X |
| 3/26/19 | 9:00A | 5:00P | 8 | $30 | $240- | X | | X | | X | | X | X |
| | | | | Sub-Total | $ 1680.00 | | | | | | | | |

☒ Additional Dates on Reverse →

## Acknowledgment

Any person who, with an intent to defraud or knowing that he/she is facilitating a fraud against an insurer, submits an application or files a claim containing a false or deceptive statement is guilty of insurance fraud and may be subject to criminal and civil penalties. Please refer to enclosed state variation sheet for state-specific wording regarding the above fraud statement.

Sign Here ➤

Signature of INDEPENDENT CARE PROVIDER     DATE 3/28/19
Signature of INSURED or POWER OF ATTORNEY or GUARDIAN     DATE 3-28-19

**Please note:** We require a documented durable Power of Attorney or Guardianship in order to accept a signature other than the insured's on forms related to this claim. Please include a copy of the Power of Attorney or Guardianship if you have not already submitted a copy.

LTCC ICPSB edition September, 2014

PAGE 2/3 * RCVD AT 3/31/2019 2:01:38 PM [Eastern Daylight Time] * SVR:WNPFXESSAWDOT06/0 * DNIS:5024931 * CSID:13103620211 * ANI:14803836933 * DURATION (mm-ss):03-01

JOHN_HANCOCK_DOI_RESPONSE_STETTNER 000835

**Caregiver's Full Name:** DANA RUBENSTEIN    **Insured: SUSAN STETTNER**    **Claim ID: JH    004415**

| Date (mm/dd/yy) | Time In (indicate a.m. or p.m.) | Time Out (indicate a.m. or p.m.) | Total Hours | Hourly Charge | Total Daily Charge | Bathing | Continence | Dressing | Eating | Toileting | Transferring / Mobility | Supervision / Safety | Other |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3/27/19 | 9:00A | 5:00P | 8 | $ 30 | $ 240— | X | | X | | X | | X | X |
| 3/28/19 | 9:00A | 5:00P | 8 | $ 30 | $ 240— | X | | X | | X | | X | X |
| | | | | $ | $ | | | | | | | | |
| | | | | $ | $ | | | | | | | | |
| | | | | $ | $ | | | | | | | | |
| | | | | $ | $ | | | | | | | | |
| | | | | $ | $ | | | | | | | | |
| | | | | $ | $ | | | | | | | | |
| | | | | $ | $ | | | | | | | | |
| | | | | $ | $ | | | | | | | | |
| | | | | $ | $ | | | | | | | | |
| | | | | $ | $ | | | | | | | | |
| | | | | $ | $ | | | | | | | | |
| | | | | $ | $ | | | | | | | | |
| | | | | $ | $ | | | | | | | | |
| | | | | $ | $ | | | | | | | | |
| | | | | $ | $ | | | | | | | | |
| | | | | $ | $ | | | | | | | | |
| | | | | $ | $ | | | | | | | | |
| | | | | $ | $ | | | | | | | | |
| | | | | $ | $ | | | | | | | | |
| | | | | **Sub-Total** | $ 1680.00 | | | | | | | | |
| | | | | **Grand Total** | $ 2160.00 | | | | | | | | |

**If you suspect fraud or possible abuse of these benefits, please report your concerns to John Hancock at 1-800-222-3418.**

Polices are administered by John Hancock Life Insurance Company (U.S.A.), Boston, MA 02117 (licensed in all states except New York; permitted in New York to service existing policyholders.)

# FAX COVER SHEET

| TO | Dan |
|---|---|
| COMPANY | John Hancock |
| FAX NUMBER | 16175727979 |
| FROM | Marnin Somerman |
| DATE | 2019-06-15 02:18:34 GMT |
| RE | Susan Stettner |

## COVER MESSAGE

.

W W W . M Y F A X . C O M

PAGE 1/3 * RCVD AT 6/14/2019 10:19:07 PM [Eastern Daylight Time] * SVR:WNPFXESSAWDOT06/1 * DNIS:5024931 * CSID:13103620211 * ANI:14046019001 * DURATION (mm-ss):02-52
JOHN_HANCOCK_DOI_RESPONSE_STETTNER 000723



# Independent Care Provider Service Bill

**John Hancock Life Insurance Company (U.S.A) (not licensed in New York)**

☑ ATTN: R-02-B Long-Term Care
   PO Box 852
   Boston, MA 02117
☎ Phone: 800-233-1449  Fax: 617-572-7979

**Insured Name:** SUSAN STETTNER
**Claim Number:** JH 004415

## Introduction

In order to receive reimbursement for services provided by an Independent Care Provider (ICP), you must submit itemized charges on this ICP Service Bill. John Hancock will not process this claim until the daily charges and the 2 **original** signatures are completed in full and returned to the address above. Proof of payment may be required upon request (i.e., copies of canceled checks).

Caregiver's Name: JANA RUBENSTEIN   Was the Insured hospitalized or in a facility this month? ☐ YES ☒ NO
IF YES: ADMISSION DATE:                  DISCHARGE DATE:

Where was care provided? ☒ INSURED HOME ☐ FACILITY ☐ OTHER: _____

| Date (mm/dd/yy) | Time In (indicate a.m. or p.m.) | Time Out (indicate a.m. or p.m.) | Total Hours | Hourly Charge | Total Daily Charge | Bathing | Continence | Dressing | Eating | Toileting | Transferring/ Mobility | Supervision/ Safety | Other |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6/3/19 | 9:00A | 5:00P | 8 | $30 | $240- | X | | X | | X | | X | X |
| 6/4/19 | 9:00A | 5:00P | 8 | $30 | $240- | X | | X | | X | | X | X |
| 6/5/19 | 9:00A | 5:00P | 8 | $30 | $240- | X | | X | | X | | X | X |
| 6/6/19 | 9:00A | 5:00P | 8 | $30 | $240- | X | | X | | X | | X | X |
| 6/7/19 | 9:00A | 5:00P | 8 | $30 | $240- | X | | X | | X | | X | X |
| 6/10/19 | 9:00A | 5:00P | 8 | $30 | $240- | X | | X | | X | | X | X |
| 6/11/19 | 9:00A | 5:00P | 8 | $30 | $240- | X | | X | | X | | X | X |
| | | | | Sub-Total | $ 1680.00 | | | | | | | | |

☒ **Additional Dates on Reverse →**

## Acknowledgment

Any person who, with an intent to defraud or knowing that he/she is facilitating a fraud against an insurer, submits an application or files a claim containing a false or deceptive statement is guilty of insurance fraud and may be subject to criminal and civil penalties. Please refer to enclosed state variation sheet for state-specific wording regarding the above fraud statement.

**Sign Here ➤**

Signature of INDEPENDENT CARE PROVIDER     6/14/19 DATE

Signature of INSURED or POWER OF ATTORNEY or GUARDIAN     6-14-19 DATE

**Please note:** We require a documented durable Power of Attorney or Guardianship in order to accept a signature other than the insured's on forms related to this claim. Please include a copy of the Power of Attorney or Guardianship if you have not already submitted a copy.

LTCC ICPSB edition September, 2014

PAGE 2/3 * RCVD AT 6/14/2019 10:19:07 PM [Eastern Daylight Time] * SVR:WNPFXESSAWDOT06/1 * DNIS:5024931 * CSID:13103620211 * ANI:14046019001 * DURATION (mm-ss):02-52

JOHN_HANCOCK_DOI_RESPONSE_STETTNER 000724

Caregiver's Full Name: DANA RUBENSTEIN          Insured: SUSAN STETTNER   Claim ID: JH ___ 004415

| Date (mm/dd/yy) | Time In (indicate a.m. or p.m.) | Time Out (indicate a.m. or p.m.) | Total Hours | Hourly Charge | Total Daily Charge | Activities of Daily Living and Supervision Services (mark all that apply with an X) | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Bathing | Continence | Dressing | Eating | Toileting | Transferring / Mobility | Supervision / Safety | Other |
| 6/12/19 | 9:00 A | 5:00 P | 8 | $ 30 | $ 240— | X | | X | | X | | X | X |
| 6/13/19 | 9:00 A | 5:00 P | 8 | $ 30 | $ 240— | X | | X | | X | | X | X |
| 6/14/19 | 9:00 A | 5:00 P | 8 | $ 30 | $ 240— | X | | X | | X | | X | X |
| | | | | $ | $ | | | | | | | | |
| | | | | $ | $ | | | | | | | | |
| | | | | $ | $ | | | | | | | | |
| | | | | $ | $ | | | | | | | | |
| | | | | $ | $ | | | | | | | | |
| | | | | $ | $ | | | | | | | | |
| | | | | $ | $ | | | | | | | | |
| | | | | $ | $ | | | | | | | | |
| | | | | $ | $ | | | | | | | | |
| | | | | $ | $ | | | | | | | | |
| | | | | $ | $ | | | | | | | | |
| | | | | $ | $ | | | | | | | | |
| | | | | $ | $ | | | | | | | | |
| | | | | $ | $ | | | | | | | | |
| | | | | $ | $ | | | | | | | | |
| | | | | $ | $ | | | | | | | | |
| | | | Sub-Total | | $ 1680.00 | | | | | | | | |
| | | | Grand Total | | $ 2400.00 | | | | | | | | |

If you suspect fraud or possible abuse of these benefits, please report your concerns to John Hancock at 1-800-222-3418.

Polices are administered by John Hancock Life Insurance Company (U.S.A.), Boston, MA 02117 (licensed in all states except New York; permitted in New York to service existing policyholders.)

PAGE 3/3 * RCVD AT 6/14/2019 10:19:07 PM [Eastern Daylight Time] * SVR:WNPFXESSAWDOT06/1 * DNIS:5024931 * CSID:13103620211 * ANI:14046019001 * DURATION (mm-ss):02-52

JOHN_HANCOCK_DOI_RESPONSE_STETTNER 000725

Case 2:24-cv-05876-CAS-PVC   Document 1   Filed 07/12/24   Page 50 of 55   Page ID #:50

# FAX COVER SHEET

| TO | Dan |
|---|---|
| COMPANY | John Hancock |
| FAX NUMBER | 16175727979 |
| FROM | Marnin Somerman |
| DATE | 2019-08-16 12:37:03 GMT |
| RE | Susan Stettner |

## COVER MESSAGE

.

WWW.MYFAX.COM

PAGE 1/3 * RCVD AT 8/16/2019 8:37:23 AM [Eastern Daylight Time] * SVR:WNPFXESSAWDOT06/1 * DNIS:5024931 * CSID:13103620211 * ANI:14046019001 * DURATION (mm-ss):02-48

JOHN_HANCOCK_DOI_RESPONSE_STETTNER 000095


*John Hancock.*

# Independent Care Provider Service Bill

**John Hancock Life Insurance Company (U.S.A) (not licensed in New York)**

✉ ATTN: R-02-B Long-Term Care
   PO Box 852
   Boston, MA 02117
☎ Phone: 800-233-1449  Fax: 617-572-7979

**Insured Name:** SUSAN STETTNER
**Claim Number:** JH    004415

## Introduction

In order to receive reimbursement for services provided by an Independent Care Provider (ICP), you must submit itemized charges on this ICP Service Bill. John Hancock will not process this claim until the daily charges and the 2 **original** signatures are completed in full and returned to the address above. Proof of payment may be required upon request (i.e., copies of canceled checks).

**Caregiver's Name:** DANA RUBENSTEIN    Was the Insured hospitalized or in a facility this month? ☐ YES ☒ NO
IF YES: ADMISSION DATE:                         DISCHARGE DATE:

**Where was care provided?** ☒ INSURED HOME ☐ FACILITY ☐ OTHER: _____

| Date (mm/dd/yy) | Time In (indicate a.m. or p.m.) | Time Out (indicate a.m. or p.m.) | Total Hours | Hourly Charge | Total Daily Charge | Bathing | Continence | Dressing | Eating | Toileting | Transferring / Mobility | Supervision/ Safety | Other |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8/1/19 | 9:00 A | 5:00 P | 8 | $30 | $240– | X | | X | | X | | X | X |
| 8/2/19 | 9:00 A | 5:00 P | 8 | $30 | $240– | X | | X | | X | | X | X |
| 8/5/19 | 9:00 A | 4:00 P | 7 | $30 | $210– | X | | X | | X | | X | |
| 8/6/19 | 9:00 A | 5:00 P | 8 | $30 | $240– | X | | X | | X | | X | X |
| 8/7/19 | 9:00 A | 4:00 P | 7 | $30 | $210– | X | | X | | X | | X | |
| 8/8/19 | 9:00 A | 5:00 P | 8 | $30 | $240– | X | | X | | X | | X | X |
| 8/9/19 | 9:00 A | 4:00 P | 7 | $30 | $210– | X | | X | | X | | X | |
| | | | | Sub-Total | $ 1590.00 | | | | | | | | |

☒ Additional Dates on Reverse ➡

## Acknowledgment

Any person who, with an intent to defraud or knowing that he/she is facilitating a fraud against an insurer, submits an application or files a claim containing a false or deceptive statement is guilty of insurance fraud and may be subject to criminal and civil penalties. Please refer to enclosed state variation sheet for state-specific wording regarding the above fraud statement.

**Sign Here ➤**

_Dana_ _____     8/15/19
Signature of INDEPENDENT CARE PROVIDER                    DATE

_Susan Stettner_ _____     8-15-19
Signature of INSURED or POWER OF ATTORNEY or GUARDIAN    DATE

**Please note:** We require a documented durable Power of Attorney or Guardianship in order to accept a signature other than the insured's on forms related to this claim. Please include a copy of the Power of Attorney or Guardianship if you have not already submitted a copy.

LTCC ICPSB edition September, 2014

**Caregiver's Full Name:** DANA RUBENSTEIN    **Insured:** SUSAN STETTNER    **Claim ID:** JH    004415

| Date (mm/dd/yy) | Time In (indicate a.m. or p.m.) | Time Out (indicate a.m. or p.m.) | Total Hours | Hourly Charge | Total Daily Charge | Bathing | Continence | Dressing | Eating | Toileting | Transferring / Mobility | Supervision / Safety | Other |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8/12/19 | 9:00 A | 5:00 P | 8 | $30 | $240 – | X | | X | | X | | X | X |
| 8/13/19 | 9:00 A | 5:00 P | 8 | $30 | $240 – | X | | X | | X | | X | X |
| 8/14/19 | 9:00 A | 5:00 P | 8 | $30 | $240 – | X | | X | | X | | X | X |
| 8/15/19 | 9:00 A | 5:00 P | 8 | $30 | $240 – | X | | X | | X | | X | X |
| | | | | $ | $ | | | | | | | | |
| | | | | $ | $ | | | | | | | | |
| | | | | $ | $ | | | | | | | | |
| | | | | $ | $ | | | | | | | | |
| | | | | $ | $ | | | | | | | | |
| | | | | $ | $ | | | | | | | | |
| | | | | $ | $ | | | | | | | | |
| | | | | $ | $ | | | | | | | | |
| | | | | $ | $ | | | | | | | | |
| | | | | $ | $ | | | | | | | | |
| | | | | $ | $ | | | | | | | | |
| | | | | $ | $ | | | | | | | | |
| | | | | $ | $ | | | | | | | | |
| | | | | $ | $ | | | | | | | | |
| | | | Sub-Total | | $1590.00 | | | | | | | | |
| | | | Grand Total | | $2550.00 | | | | | | | | |

If you suspect fraud or possible abuse of these benefits, please report your concerns to John Hancock at 1-800-222-3418.

Polices are administered by John Hancock Life Insurance Company (U.S.A.), Boston, MA 02117 (licensed in all states except New York; permitted in New York to service existing policyholders.)

# FAX COVER SHEET

| TO | Dan |
|---|---|
| COMPANY | John Hancock |
| FAX NUMBER | 16175727979 |
| FROM | Marnin Somerman |
| DATE | 2019-11-30 17:03:53 GMT |
| RE | Susan Stettner |

## COVER MESSAGE

.

JOHN_HANCOCK_DOI_RESPONSE_STETTNER 000981



# Independent Care Provider Service Bill

**John Hancock Life Insurance Company (U.S.A) (not licensed in New York)**

☑ ATTN: R-02-B Long-Term Care
 PO Box 852
 Boston, MA 02117
☎ Phone: 800-233-1449 Fax: 617-572-7979

Insured Name: **SUSAN**
 **STETTNER**
Claim Number: **JH   004415**

## Introduction

In order to receive reimbursement for services provided by an Independent Care Provider (ICP), you must submit itemized charges on this ICP Service Bill. John Hancock will not process this claim until the daily charges and the 2 **original** signatures are completed in full and returned to the address above. Proof of payment may be required upon request (i.e., copies of canceled checks).

Caregiver's Name: DANA RUBENSTEIN   Was the insured hospitalized or in a facility this month? ☐ YES ☒ NO
  IF YES: ADMISSION DATE:   DISCHARGE DATE:

Where was care provided? ☒ INSURED HOME ☐ FACILITY ☐ OTHER: _____

| Date (mm/dd/yy) | Time In (indicate a.m. or p.m.) | Time Out (indicate a.m. or p.m.) | Total Hours | Hourly Charge | Total Daily Charge | Bathing | Continence | Dressing | Eating | Toileting | Transferring / Mobility | Supervision/ Safety | Other |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11/18/19 | 9:00 A | 5:00 P | 8 | $30 | $240— | X | | X | | X | | X | X |
| 11/19/19 | 9:00 A | 4:00 P | 7 | $30 | $210— | X | | X | | X | | X | |
| 11/20/19 | 9:00 A | 5:00 P | 8 | $30 | $240— | X | | X | | X | | X | X |
| 11/21/19 | 9:00 A | 5:00 P | 8 | $30 | $240— | X | | X | | X | | X | X |
| 11/22/19 | 9:00 A | 5:00 P | 8 | $30 | $240— | X | | X | | X | | X | X |
| 11/25/19 | 9:00 A | 5:00 P | 8 | $30 | $240— | X | | X | | X | | X | X |
| 11/26/19 | 9:00 A | 4:00 P | 7 | $30 | $210- | X | | X | | X | | X | |
| | | | | Sub-Total | $ 1620.00 | | | | | | | | |

☒ **Additional Dates on Reverse →**

## Acknowledgment

Any person who, with an intent to defraud or knowing that he/she is facilitating a fraud against an insurer, submits an application or files a claim containing a false or deceptive statement is guilty of insurance fraud and may be subject to criminal and civil penalties. Please refer to enclosed state variation sheet for state-specific wording regarding the above fraud statement.

**Sign Here ➤**

Signature of INDEPENDENT CARE PROVIDER   DATE 11/29/19

Signature of INSURED or POWER OF ATTORNEY or GUARDIAN   DATE 11-29-19

**Please note:** We require a documented durable Power of Attorney or Guardianship in order to accept a signature other than the insured's on forms related to this claim. Please include a copy of the Power of Attorney or Guardianship if you have not already submitted a copy.

LTCC ICPSB edition September, 2014

PAGE 2/3 * RCVD AT 11/30/2019 12:04:14 PM [Eastern Standard Time] * SVR:WNPFXESSAWDOT06/0 * DNIS:5024931 * CSID:13103620211 * ANI:14803836933 * DURATION (mm-ss):03-08

JOHN_HANCOCK_DOI_RESPONSE_STETTNER 000982

Case 2:24-cv-05876-CAS-PVC    Document 1    Filed 07/12/24    Page 55 of 55    Page ID #:55

**Caregiver's Full Name:** DANA RUBENSTEIN        **Insured:** SUSAN STETTNER    **Claim ID:** JH    004415

| Date (mm/dd/yy) | Time In (indicate a.m. or p.m.) | Time Out (indicate a.m. or p.m.) | Total Hours | Hourly Charge | Total Daily Charge | Bathing | Continence | Dressing | Eating | Toileting | Transferring / Mobility | Supervision / Safety | Other |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11/27/19 | 9:00 A | 5:00 P | 8 | $ 30 | $ 240 — | X | | X | | X | | X | X |
| 11/28/19 | 9:00 A | 5:00 P | 8 | $ 30 | $ 240 — | X | | X | | X | | X | X |
| 11/29/19 | 9:00 A | 5:00 P | 8 | $ 30 | $ 240 — | X | | X | | X | | X | X |
| | | | | $ | $ | | | | | | | | |
| | | | | $ | $ | | | | | | | | |
| | | | | $ | $ | | | | | | | | |
| | | | | $ | $ | | | | | | | | |
| | | | | $ | $ | | | | | | | | |
| | | | | $ | $ | | | | | | | | |
| | | | | $ | $ | | | | | | | | |
| | | | | $ | $ | | | | | | | | |
| | | | | $ | $ | | | | | | | | |
| | | | | $ | $ | | | | | | | | |
| | | | | $ | $ | | | | | | | | |
| | | | | $ | $ | | | | | | | | |
| | | | | $ | $ | | | | | | | | |
| | | | | $ | $ | | | | | | | | |
| | | | | $ | $ | | | | | | | | |
| | | | | $ | $ | | | | | | | | |
| | | | | Sub-Total | $ 1620.00 | | | | | | | | |
| | | | | Grand Total | $ 2340.00 | | | | | | | | |

**Activities of Daily Living and Supervision Services (mark all that apply with an X)**

If you suspect fraud or possible abuse of these benefits, please report your concerns to John Hancock at 1-800-222-3418.

Polices are administered by John Hancock Life Insurance Company (U.S.A.), Boston, MA 02117 (licensed in all states except New York; permitted in New York to service existing policyholders.)

PAGE 3/3 * RCVD AT 11/30/2019 12:04:14 PM [Eastern Standard Time] * SVR:WNPFXESSAWDOT06/0 * DNIS:5024931 * CSID:13103620211 * ANI:14803836933 * DURATION (mm-ss):03-08

JOHN_HANCOCK_DOI_RESPONSE_STETTNER 000983