JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOHN HANCOCK LIFE INSURANCE COMPANY (U.S.A.), a corporation,<br><br>Plaintiff,<br><br>vs.<br><br>THE ESTATE OF SUSAN G. STETTNER, DANA RUBENSTEIN, and DOES 1 through 10, inclusive,<br><br>Defendant. | Case No. 2:24-cv-05876-CAS-PVCx<br>(Hon. Christina A. Snyder)<br><br>**JUDGMENT**<br><br>Complaint filed: July 12, 2024 |

## <u>JUDGMENT</u>

Having reviewed the Stipulation by and between Plaintiff John Hancock Life Insurance Company's (U.S.A.) ("John Hancock") and Defendant Estate of Susan G. Stettner, for Entry of Judgment for Money Damages for Breach of Settlement Agreement, AND FOR GOOD CAUSE SHOWN, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Judgment is entered in favor of John Hancock as follows:

The Estate shall pay John Hancock the sum of $100,000, in addition to pre-judgment interest as of August 9, 2026 and post-judgment interest at the federal statutory rate pursuant to 28 U.S.C. § 1961 from the date of entry until paid in full. The Court shall

retain jurisdiction over this matter to enforce the terms of this Judgment and the underlying Settlement Agreement.

**IT IS SO ORDERED.**

Dated: August 27, 2026

Christina A. Snyder

HONORABLE CHRISTINA A. SNYDER
U.S. DISTRICT COURT JUDGE